THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT GILBERT,

      Plaintiff,

v.                                                        Case No. 3:24-cv-01394-GCS

LATOYA HUGHES, GALLOWAY,
HVERRE, RICHARD G.
MORGANTHALER, MORRIS, and MS.
CISQO,

      Defendants.

## MEMORANDUM & ORDER

**SISON, Magistrate Judge:**

Plaintiff Robert Gilbert, an inmate of the Illinois Department of Corrections ("IDOC") who is currently incarcerated at Shawnee Correctional Center, brings this action for deprivations of his constitutional rights pursuant to 42 U.S.C. § 1983. This matter is currently before the Court on several motions filed by Gilbert. Gilbert filed a motion for status (Doc. 22), a motion to clarify the identity of Jane Doe (Doc. 24), and a motion for reconsideration (Doc. 25).

As to Gilbert's motion for status (Doc. 22), Gilbert indicates that he refiled his Section 1983 petition with a supplement. The Court received the Complaint that was initially filed in Case No. 22-cv-2669-RJD. (Doc. 1, 2). The Court has not received additional supplements or addendums, although Gilbert's motions to clarify and for reconsideration were received on August 2, 2024. (Doc. 24, 25). Further, the Court does not accept piecemeal amendments to the Complaint. An amended complaint supersedes

and replaces the original complaint. *See Flannery v. Recording Indus. Ass'n of Am.*, 354 F.3d 632, 638 n.1 (7th Cir. 2004). Thus, any amended complaint must stand on its own, without reference to any previous pleading. Should Gilbert wish to amend his original Complaint, he would need to file a new pleading with both his original and new claims, with the new allegations underlined. Because the Court has not received Gilbert's supplement, his motion for status (Doc. 22) is **DENIED as moot**.

In Gilbert's motion to clarify (Doc. 24), he seeks to identify the Jane Doe defendant as Kay Lawrey. But Gilbert already identified Kay Lawrey in the caption of his Complaint. (Doc. 2, p. 9). He merely failed to include any allegations against her in his statement of claim. (Doc. 12, p. 6). He did identify a Jane Doe who failed to provide him with mental health services, but he failed to identify the Jane Doe in the case caption. *Id.* Nor did he identify the Jane Doe in the Complaint as Kay Lawrey. To the extent he now wants to allege that the Jane Doe is Kay Lawrey, he cannot do so with his motion to clarify because, as previously stated, the Court does not accept piecemeal amendments to the Complaint. To add a claim against Kay Lawrey, Gilbert would need to file a motion to amend his pleading as well as include a proposed Amended Complaint that identifies the new material.

Finally, Gilbert filed a motion for reconsideration (Doc. 25), requesting to further articulate his proposed retaliation claim. In its Section 1915A Order, the Court noted that Gilbert's Complaint mentioned a possible retaliation claim, but he failed to allege the First Amendment activity that led to the alleged retaliatory conduct. (Doc. 12, p. 7). Gilbert merely alleged that he was falsely accused and issued a disciplinary report for untrue

accusations that were falsified by Officer Tate. (Doc. 2, p. 13-14). Gilbert now alleges that he was talking to the property officer about his confiscated chain and medallion, and he attempted to complain to Officer Tate about the property officer's improper actions. Gilbert now alleges that Officer Tate's disciplinary report was in retaliation for Gilbert's complaints about the property officer. (Doc. 25). But Gilbert failed to include these allegations in his original pleading. To the extent he now seeks to clarify his pleading, his attempts are a request to amend his pleading and the Court does not accept piecemeal amendments. To the extent Gilbert seeks to clarify, add, or amend any previous allegations he would have to file an Amended Complaint. Thus, his request to reconsider (Doc. 25) is also **DENIED**.

      **IT IS SO ORDERED.**

      **DATED:  August 9, 2024.**

Gilbert C Sison

Digitally signed by Gilbert C Sison
Date: 2024.08.09 11:51:40 -05'00'

**GILBERT C. SISON**
**United States Magistrate Judge**